UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| Plaintiff(s), | ) |
| v. | ) Civil No. |
| Defendant(s). | ) |

DIVERSITY DISCLOSURE STATEMENT

This Diversity Disclosure Statement is being submitted pursuant to Fed.R.Civ.P. 7.1.

*Note to pro se party: Only complete this form on behalf of yourself (as plaintiff or defendant). You do not need to fill out the form as to the opposing party.*

Plaintiff __Nathan Reardon__ is a resident of the state of __Maine__.

Defendant __Lowes__ is a resident of the state of __Georgia__.

Date: __4-7-25__

Sign name: _____

Print name: __Nathan Reardon__