UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| NATHAN REARDON, | ) | |
| --- | --- | --- |
| Plaintiff | ) | |
| v. | ) | 1:25-cv-00154-LEW |
| UNITED STATES OF AMERICA, | ) | |
| Defendant | ) | |

## ORDER ON MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS

Plaintiff has moved to proceed without prepayment of fees and costs. (Motion, ECF No. 5.) On the form application, Plaintiff asserts that he has earned income through employment and has received money in the form of gifts or inheritances. Plaintiff, however, did not, as requested on the form application, describe the source of the money, the amount received, or whether he expects to continue to receive money from the identified sources. Because Plaintiff has not filed a complete application, the Court denies Plaintiff's motion without prejudice. Plaintiff may file an amended application for the Court's consideration on or before May 6, 2025. The Clerk is directed to forward a form Application to Proceed Without Prepayment of Fees and Costs to Plaintiff.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 22nd day of April, 2025.