# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON,<br><br>    PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    DEFENDANT. | Case No. 1:25-cv-00154-LEW |

**MOTION FOR STAY IN LIGHT OF LAPSE OF APPROPRIATIONS**

The Government hereby moves for a stay of all deadlines in the above-captioned matter:

1.  As of the date of this filing, the appropriations act that had been funding the Department of Justice has expired and appropriations to the Department of Justice remain lapsed. It is unknown when funding will be restored by Congress.

2.  Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in the very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.  Undersigned counsel therefore requests a stay of the above-captioned matter until Congress has restored appropriations to the Department of Justice.

4.  If this motion for a stay is granted, undersigned counsel will notify the court as soon as Congress has appropriated funds for the Department of Justice. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

WHEREFORE, with great regret for any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this matter until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: November 4, 2025                     Respectfully submitted

                                           ANDREW B. BENSON
                                         UNITED STATES ATTORNEY

                                        /s/ Andrew K. Lizotte
                                        Andrew K. Lizotte
                                        Civil Chief
                                        U.S. Attorney's Office
                                        202 Harlow St.
                                        Bangor, ME 04401
                                        (207) 262-4636
                                        Andrew.Lizotte@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2025, I electronically filed the foregoing using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

    A copy will also be sent via U.S. Mail to:

    NATHAN REARDON
    P.O. BOX 52
    DETROIT, ME 04929
    PRO SE

ANDREW B. BENSON
UNITED STATES ATTORNEY

/s/ Andrew K. Lizotte
Andrew K. Lizotte
Civil Chief
U.S. Attorney's Office
202 Harlow St.
Bangor, ME 04401
(207) 262-4636
Andrew.Lizotte@usdoj.gov