# UNITED STATE DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **NATHAN REARDON** | ) | |
| | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **1:25-cv-154-LEW** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

**SO ORDERED.**

**Dated this 22nd day of June, 2026.**


_____/s/ Lance E. Walker_____
**CHIEF U.S. DISTRICT JUDGE**