**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| NATHAN REARDON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:25-cv-00154-LEW |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.2(a), please enter my appearance as counsel for Defendant in connection with the above-captioned matter. All future filings and notices should please be sent to the undersigned.

Dated: November 2, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

/s/ Benjamin W. Wolters
Benjamin W. Wolters
Assistant U.S. Attorney
100 Middle Street, 6th Floor
Portland, ME 04101
(207) 780-3257
Benjamin.Wolters@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, I electronically filed the foregoing using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

ANDREW B. BENSON
United States Attorney

/s/ Benjamin W. Wolters
Benjamin W. Wolters
Assistant U.S. Attorney
100 Middle Street, 6th Floor
Portland, ME 04101
(207) 780-3257
Benjamin.Wolters@usdoj.gov